UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Jacqueline Burdett, et al.
                          Plaintiff,

v.                                              Case No.: 3:15−cv−00497 *SEALED*

Signature Healthcare LLC, et al.
                          Defendant,

## **ENTRY OF JUDGMENT**

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 7/18/2018 re [63].

                                                        Keith Throckmorton, Clerk
                                                   s/ Jessica Wayman, Deputy Clerk